NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000898
07-OCT-2014
07:58 AM**

NO. CAAP-14-0000898

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JEFFREY PLAUCHE, Plaintiff-Appellant, v.
FEARLESS, INC., dba MAMA'S FISH HOUSE, and
DTRIC INSURANCE COMPANY, Insurance Carrier, Defendants-Appellees

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2013-270(M))

ORDER APPROVING THE
SEPTEMBER 26, 2014 STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the Stipulation to Dismiss

Appeal, filed by Employer-Appellee Fearless, Inc., dba Mama's

Fish House and Insurance Carrier-Appellee DTRIC Insurance

Company, Ltd. (**Appellees**), and the record, it appears that

(1) Appellees and Claimant-Appellant Jeffrey Plauche stipulate to

dismiss Appeal No. CAAP-14-0000898, (2) the parties' attorneys

have signed the stipulation, (3) the record on appeal has not

been filed, and (4) Hawai'i Rules of Appellate Procedure Rule

42(a) provides that "[i]f an appeal has not been docketed, the

appeal shall be dismissed upon the filing of a stipulation for

dismissal signed by all the parties."

Therefore, IT IS HEREBY ORDERED that Appeal No. CAAP-14-0000898 is dismissed.

DATED: Honolulu, Hawaiʻi, October 7, 2014.


Chief Judge


Associate Judge


Associate Judge

-2-